IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AGRI-SYSTEMS, doing business as ASI Industrial,<br><br>             Plaintiff,<br><br>vs.<br><br>WESTERN NATIONAL ASSURANCE COMPANY, doing business as Western National Insurance,<br><br>             Defendant. | CV 20-44-BLG-SPW-TJC<br><br><br>**ORDER** |

Defendant moves for the admission of Stacy A. Broman to practice before this Court in this case with Laura J. Hanson to act as local counsel. Ms. Broman's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Stacy A. Broman pro hac vice is GRANTED on the condition that Ms. Broman shall do her own work. This means that Ms. Broman must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Broman, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 28th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge